No. 493. AMERICAN BITUMULS & ASPHALT CO. ET AL. *v.* UNITED STATES. Court of Customs and Patent Appeals. Certiorari denied. *Grace M. Stewart* for the American Bitumuls & Asphalt Co., petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *Herman Marcuse* for the United States.

No. 495. DALY *v.* FINNEGAN, DIRECTOR, FEDERAL MEDIATION AND CONCILIATION SERVICE, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Rees B. Gillespie* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for respondents.

No. 496. GALGANO *v.* UNITED STATES; and

No. 497. CARMINATI ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Henry A. Lowenberg* for petitioner in No. 496. *Jacob W. Friedman* for petitioners in No. 497. *Solicitor General Rankin, Acting Assistant Attorney General McLean* and *Beatrice Rosenberg* for the United States. Reported below: 247 F. 2d 640.

No. 498. BROOKLYN EAGLE, INC., *v.* POTOKER. Court of Appeals of New York and Supreme Court of New York, New York County. Certiorari denied. *Henry H. Nordlinger* and *Oscar A. Lewis* for petitioner. *Herman E. Cooper* and *H. Howard Ostrin* for respondent.

No. 499. OHIO FARMERS INSURANCE CO. ET AL. *v.* LANTZ ET AL. C. A. 7th Cir. Certiorari denied. *Roland Obenchain* and *Roland Obenchain, Jr.* for petitioners. *George L. Pepple* for respondents.